IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BILLY L. ROHWEDDER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARBOR STEAK AND SEAFOOD,<br><br>　　　　　Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:19-CV-737 TS-CMR<br><br>District Judge Ted Stewart |

　　　　Billy L. Rohwedder sues his former employer for discrimination and unlawful termination.[1] The court granted him permission to proceed *in forma pauperis*.[2] On October 28, 2021, Magistrate Judge Cecilia M. Romero made a Report and Recommendation that this Court dismiss Rohwedder's amended complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6).[3]

　　　　Under 28 U.S.C. § 636(b)(1), and as Judge Romero advised Rohwedder, a party has fourteen (14) days from being served with a copy of the Report and Recommendation to file an objection. Rohwedder has filed no objection to date. The Court has carefully considered Judge Romero's Report and Recommendation and agrees with it. It is therefore

　　　　ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 19) is ADOPTED IN FULL. It is further

---

[1] Compl., Docket No. 3; Am. Compl., Docket No. 16.

[2] Docket No. 2.

[3] Docket No. 19.

2

ORDERED that Plaintiff's Amended Complaint (Docket No. 16) is DISMISSED with prejudice.

DATED this 22nd day of November, 2021.

BY THE COURT:

_____
Ted Stewart
United States District Judge